UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST GODFREY LOGAN, JR.,

Plaintiff,

v.

CVS PHARMACY,

Defendant.

No. 2:26-cv-00929-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 4)

Plaintiff initiated this civil action by filing a complaint on March 16, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 24, 2026, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within twenty–one (21) days why this case should not be transferred or dismissed due to it being filed in an improper venue. (Doc. No. 3.) Plaintiff did not respond to the order to show cause in any way and, on September 3, 2026, the magistrate judge issued the pending findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied and that plaintiff's complaint be dismissed without leave to amend. (Doc. No. 7.) Specifically, the magistrate judge noted that all the actions complained of by plaintiff purportedly took place in the Central District of California, that plaintiff has filed numerous

actions in the wrong venue and had been warned against doing so, that dismissal rather than transfer was appropriate, and that plaintiff had also failed to comply with the court's orders in this case. (*Id.* at 2–3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3–4.) Plaintiff has not filed any objections, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The findings and recommendations issued September 3, 2026 (Doc. No. 3), are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's complaint (Doc. No. 1) is dismissed without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE